

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 8 2021
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KEMONTA MITCHELL (01)<br>  a.k.a. "Blessings"<br>CALVIN SNOWTON (02)<br>  a.k.a. "KO"<br>DAMONDRANIQUA TINSLEY (03)<br>  a.k.a. "Pookie" | NO.<br><br>3-21CR0269-M |

## INDICTMENT

The Grand Jury charges:

Count One
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

On or about November 22, 2019, and continuing through on or about March 11, 2020, in the Dallas Division of the Northern District of Texas, the defendants, **Christopher Kemonta Mitchell, a.k.a. "Blessings", Calvin Snowton, a.k.a. "KO", and Damondraniqua Tinsley, a.k.a. "Pookie"**, did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(l).

In violation of 21 U.S.C. § 846, the penalty for which is found at 21 U.S.C. § 841(b)(1)(C).

Indictment—Page 1

Forfeiture Notice
(21 U.S.C. § 853(a))

Pursuant to 21 U.S.C. § 853(a), upon conviction for violating 21 U.S.C. § 846, the defendants, **Christopher Kemonta Mitchell, a.k.a. "Blessings", Calvin Snowton, a.k.a. "KO",** and **Damondraniqua Tinsley, a.k.a. "Pookie"**, shall forfeit to the United States of America any property, real or personal, constituting, or derived from, the proceeds the defendant obtained, directly or indirectly, as a result of such offense; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

A TRUE BILL:

_____
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

_____
LINDA REQUENEZ
Assistant United States Attorney
Texas State Bar No. 00795609
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Email: Linda.Requenez@usdoj.gov

Indictment—Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER KEMONTA MITCHELL (01)
CALVIN SNOWTON (02)
DAMONDRANIQUA TINSLEY (03)

INDICTMENT

21 U.S.C. § 846
Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Count 1)

21 U.S.C. § 853(a)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                                FOREPERSON

Filed in open court this 8th day of June, 2021.

**Warrant to be Issued for all Defendants**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:21-MJ-00479-BT